. HOPKINS *v.* JACKSON· *et al.*

GILBERT, J.   The verdict was supported by evidence.   None of the assignments of error show cause for the grant of a new trial.

*Judgment affirmed.   All the Justices concur, except Fish, C. J., absent.*
                          No. 1363.   DECEMBER 11, 1919.

Ejectment.   Before Judge Meldrim.   Chatham superior court. ·
February 21, 1919.

*James R. Cain* and *Travis & Travis,* for plaintiff in error.
*Wilson & Rogers* and *Lawton & Cunningham,* contra.